

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      The State of Texas v. Keirra Peterson

Appellate case number:    01-19-00137-CR

Trial court case number:    1529626

Trial court:             177th District Court of Harris County

Appellee, Keirra Peterson, has filed her third motion to extend time to file her brief, seeking a 30-day extension for a total of 138 days since appellee's brief was originally due on August 14, 2019. Appellant filed this motion notwithstanding the Court's prior admonishment that no further extensions would be granted. The Court **grants** appellee's motion and **orders** appellee to file her brief on or before January 13, 2020.

No further extensions will be granted. If appellee does not file her brief by January 13, 2020, the Court will abate this appeal and remand to the trial court to immediately conduct a hearing to determine, among other things, whether good cause exists to relieve appellee's appointed counsel, Natalie L. Schultz, of her duties and appoint new counsel.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes
                       ☑ Acting individually    ☐ Acting for the Court

Date:   December 12, 2019